

**George Latimer**
County Executive

Department of Law

John M. Nonna
County Attorney


DATE FILED: 11/17/2021

November 17, 2021

> Defs' request to reschedule the telephonic Status Conf. from today until Nov. 23, 2021 at 12:00 pm is GRANTED. It is the responsibility of counsel for the Defs. to make prior arrangements with the appropriate facility to have the *pro se* Pltf. participate via telephone. Dial-in instructions can be found in the Scheduling Order (ECF. No. 27). Clerk of Court is requested to mail a copy of this endorsement to *pro se* Pltf. at the address on ECF and to terminate the motion (ECF No. 28).
> Dated: Nov. 17, 2021
>         White Plains, NY
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**VIA CM/ECF**

Hon. Nelson S. Román
United States District Judge
The Hon. Charles L. Brieant Jr.
 Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 218
White Plains, NY 10601-4150

      Re:    **Letter Motion for Adjournment of Status Conference**
              *Carzoglio v Vollmer*, No. 18-cv-7780 (NSR) (S.D.N.Y.)

Your Honor,

      On November 4, 2021, this Court issued a Scheduling Order scheduling a status conference for today, November 17, 2021, at 11:00 a.m. (CM/ECF Doc. No. 27.) Notably, plaintiff Angelo Carzoglio ("Plaintiff") is an inmate incarcerated in Attica Correctional Facility (the "Correctional Facility").

      Due to my misreading of the Scheduling Order's provision directing the Correctional Facility to produce Plaintiff, I did not contact the Correctional Facility until it was too late to arrange for his appearance. As a result of Plaintiff's inability to attend today's conference, Defendants respectfully request that it be adjourned one week.

      If such application is granted, I will immediately reach out to the Correctional Facility to confirm his appearance at the rescheduled date.

                                                      Respectfully submitted,

                                                      By:  */s/ Sean T. Carey*
                                                      Sean T. Carey (SC8804)
                                                      Sr. Assistant County Attorney, of Counsel

STC/

CC:    Angelo A. Carzoglio (*via Regular Mail*)
         DIN No. 18-A-0399
         Attica Correctional Facility
         639 Exchange Street
         Attica, New York 14011-0149