**MEMO ENDORSED**



George Latimer
County Executive

Department of Law

John M. Nonna
County Attorney


DATE FILED: 11/22/2021

November 22, 2021

Defs' request to reschedule the telephonic Status Conf. from Nov. 23, 2021 until Dec. 14, 2021 at 12:00 pm is GRANTED. It is the responsibility of counsel for the Defs. to make prior arrangements with the appropriate facility to have the pro se Pltf. participate via telephone. Dial-in instructions can be found in the Scheduling Order (ECF. No. 27). Clerk of Court is requested to mail a copy of this endorsement to pro se Pltf. at the address on ECF and to terminate the motion (ECF No. 30). Dated: Nov. 22, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**VIA CM/ECF**

Hon. Nelson S. Román
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 218
White Plains, NY 10601-4150

      **Re:**    **Letter Motion for Adjournment of Status Conference**
              *Carzoglio v Vollmer*, No. 18-cv-7780 (NSR) (S.D.N.Y.)

Your Honor,

     Last Wednesday, this Court issued an order rescheduling a status conference for tomorrow, November 23, 2021, at 12:00 p.m. (CM/ECF Doc. No. 29.) Notably, plaintiff Angelo Carzoglio ("Plaintiff") is an inmate incarcerated in Attica Correctional Facility (the "Correctional Facility").

     I was just notified by the Correctional Facility that Plaintiff has been quarantined for contract tracing purposes regarding a possible COVID-19 infection. As a result of such quarantine, Plaintiff will not be available for tomorrow's hearing. I was also notified that Plaintiff "should" be available in two weeks' time.

     As a result of Plaintiff's inability to attend tomorrow's conference and ongoing quarantine, Defendants respectfully request a two-to-three week adjournment of tomorrow's hearing.

Respectfully submitted,

By: /s/ *Sean T. Carey*
Sean T. Carey (SC8804)
Sr. Assistant County Attorney, of Counsel

STC/

CC:   Angelo A. Carzoglio (*via Regular Mail*)
       DIN No. 18-A-0399
       Attica Correctional Facility
       639 Exchange Street
       Attica, New York 14011-0149

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601     Telephone: 914-995-2660     Fax: 914-995-3132

