**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANGELO CARZOGLIO,

                Plaintiff,

  -against-                                       18 **CIVIL** 7780 (AEK)

                                                          **JUDGMENT**

ASSISTANT WARDEN KARL VOLLMER,
JAIL GUARD CURRY, JAIL GUARD
RODRIGUES, JAIL GUARD HOLORAN,
JAIL GUARD OLIVO, JAIL GUARD ARCHER
#1411, JAIL GUARD SUPERVISOR
McWILLIAMS, JAIL GUARD SUPERVISOR B.
ALLEN, JAIL GUARD SUPERVISOR TORRES,
and COUNTY OF WESTCHESTER

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 30, 2024, judgment is entered in favor of Defendants, and the case is closed.

**Dated:**  New York, New York

      September 30, 2024

                                                          **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                         **BY:**
                                                     _____
                                                          **Deputy Clerk**